IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2006 OCT 13 PM 3: 19
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
         DEPUTY

PHILIP M. RALIDIS,
          Plaintiff,

-vs-                                 Case No. A-06-CA-498-SS

UNITED STATES OF AMERICA,
          Defendant.

## JUDGMENT

BE IT REMEMBERED on the 12th day of October 2006, in compliance with the order entered on this date, the Court enters the following judgment:

    IT IS ORDERED, ADJUDGED, and DECREED that the petition of Philip M. Raladis to quash the Internal Revenue Service summons is DENIED.

    IT IS FINALLY ORDERED, ADJUDGED, and DECREED that all costs are taxed to Philip M. Ralidis, for which let execution issue.

SIGNED this the 12th day of October 2006.

_____
UNITED STATES DISTRICT JUDGE